## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JAMAR FRANK BUACY WILLIAMS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 09-1730 (JEB) |
| UNITY HEALTHCARE CLINIC, | ) ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM OPINION

Defendant Unity Healthcare Clinic has moved to dismiss this case. *See* Def. Unity Health Care, Inc.'s Mot. to Dismiss, ECF No. 28 [hereinafter Mot.].[1] This Defendant has also moved to substitute the United States as the proper defendant in this case, and the United States has simultaneously also moved to dismiss this case. *See* Mot. to Substitute the U.S. as Def. for Unity Healthcare Clinic and Then Dismiss the Case as to the U.S. for Failure to File an Admin. Claim, Together With Supporting Mem. of P. & A., ECF No. 29. The Court ordered Plaintiff to file his opposition or other response to both of these motions on or before June 24, 2011, warning that failure to timely make such filing carried with it the risk that the motions could be granted as conceded and the case dismissed. Order, ECF No. 4; *see* D.D.C. LCvR 7(b). Plaintiff has not timely made such filing. The Court will therefore grant both motions as conceded, dismiss this case against Unity Healthcare Clinic, substitute the United States, and dismiss this case against the United States. A separate Order consistent with this Memorandum Opinion shall issue this date.

---

[1] This defendant claims that "Unity Helathcare Clinic" is a misnomer; it is actually Unity Health Care, Inc. Mot. at 1.

July 28, 2011                                                   /s/_____
                                                               JAMES E. BOASBERG
                                                               United States District Judge